# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2015

## NO. 03-12-00747-CV

**Stephen B. Tyler, Criminal District Attorney Victoria County, Texas, Appellant**

**v.**

**Ken Paxton, Attorney General of Texas, Appellee**

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on November 2, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment. The Court reverses the portion of the judgment that grants the Attorney General's motion for summary judgment and remands the case for further proceedings consistent with this Court's opinion. The Court affirms the remainder of the trial court's judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.